UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LYNN RYAN | CIVIL ACTION |
| VERSUS | NO. 12-1266 |
| DEPUTY CHRISTOPHER PHILIPS, DEPUTY JOSEPH STRAIN, MAJOR GREGORY LONGINO | SECTION "F"(4) |

## ORDER

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff William Lynn Ryan's 42 U.S.C. § 1983 claims against Warden Gregory Longino are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

Ryan's § 1983 excessive force claims against Deputies Christopher Phillips and Joseph Strain shall remain automatically referred to the undersigned Magistrate Judge for further proceedings.

New Orleans, Louisiana, this 15th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE